UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT GARVESON

                Plaintiff,              INDEX NO. 12-CV-4248

    -against-

PUSHPIN HOLDINGS, LLC              NOTICE OF SETTLEMENT
                                                                AND ADMINISTRATIVE
                                                                DISMISSAL WITH PREJUDICE

                Defendant,
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Plaintiff **ROBERT GARVESON** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

       This is based upon a settlement agreement made between Plaintiff and the above referenced specific Defendant. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this agreement. Plaintiff hereby dismisses his claim against the Defendant with prejudice pursuant to Rule 41 of the Federal Rules

of Civil Procedure.

Dated: December 4, 2012  
     Mt. Sinai, New York

By: _____  
Jacqueline Muratore, Esquire  
Attorney for Plaintiff  
5505 Nesconset Highway, Ste 203  
Mt Sinai, NY 11766  
Telephone : (631) 331-0547  
Facsimile: (631) 331-2627

**SO ORDERED** this _____ day of _____, 2012

_____  
**HON. LEONARD D. WEXLER**  
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Pushpin Holdings, LLC  
1 Penn Plaza  
New York, NY 10119

via United States Postal Service, postage prepaid on the 4th day of December, 2012

_____  
Jacqueline Muratore